UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1432 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHIL J. VANDER VAART,<br><br>Defendant. | ) | **AMENDED JUDGMENT** |

This matter having come on before the undersigned and for good cause shown, it is hereby

ORDERED that the order dated June 21, 2002, which granted Plaintiff's motion for summary judgment, is and shall be amended to proved that Defendant is and shall be awarded a judgment as follows:

| | | |
|---|---|---|
| 1. | Principal | $1,649.84 |
| 2. | Interest to August 7, 2001 | 3,537.13 |
| 3. | collection Costs | 87.00 |
| 4. | Court Costs | 150.00 |
| | Total | $5,423.97 |

plus pre judgment interest from August 7, 2001 to date of Judgment at 9% per annum and post judgment interest at the legal rate from the date of judgment.

Dated this 25th day of ~~June~~ July 2002.

John R. Tunheim

The Honorable John R. Tunheim
United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK